AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Joseph Robinson<br><br>*Defendant(s)* | Case No. 1:19-mj-0070<br>Assigned To: Magistrate Judge Robin M. Meriweather<br>Date Assigned: 03/25/2019<br>Description: Rule 5 Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ October 10, 2018 _____ in the county of _____ Alexandria _____ in the
_____ Eastern _____ District of _____ Virginia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 472 possessing and passing counterfeit US currency |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Nicholas U. Murphy II

*Complainant's signature*

Russell Tonks, U.S. Secret Service

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/22/2018 _____

Theresa Carroll Buchanan
United States Magistrate Judge

*Judge's signature*

City and state: _____ Alexandria, Virginia _____

Hon. Theresa C. Buchanan, U.S. Magistrate Judge

*Printed name and title*