## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

JAN 2 2 2019

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-mj-0070 |
| v. ) | Assigned To: Magistrate Judge Robin M. Meriweather |
| ) | Date Assigned: 03/25/2019 |
| ) | Description: Rule 5 Arrest Warrant |
| JOSEPH ANDRE ROBINSON, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Russell J. Tonks, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Secret Service ("USSS"), and have been since April 2016. Since working for the USSS, I have completed the Criminal Investigator Training Program located at the Federal Law Enforcement Training Center in Glynco, Georgia and the Special Agent Training Course at the USSS Rowley Training Center in Beltsville, Maryland. During the latter training, I received several weeks of instruction on counterfeit U.S. Currency investigations, including understanding the genuine U.S. Currency printing process. Prior to joining the USSS, from 2011 until 2016, I was employed as a Police Officer for the Baltimore City Police Department in Baltimore, Maryland.

2. I am currently assigned to USSS Washington Field Office's ("WFO") Counterfeit Investigation Squad. My assignments include investigating individuals who are involved in the manufacture, possession, passing, and transferring of counterfeit United States Currency. Since my employment with the USSS, I have participated in numerous state and federal investigations resulting in the arrest and conviction of individuals involved in counterfeiting U.S. Currency. During these investigations, I have analyzed phone subscriber records and internet records, and

participated in the search and seizure of electronic devices, including cellular phones and "smart" phones.

3. I submit this affidavit in support of a criminal complaint and arrest warrant charging Joseph Andre Robinson (hereinafter "ROBINSON") with passing and possessing counterfeit obligations or securities of the United States, in violation of Title 18, United States Code, Section 472.

4. The facts in this affidavit come from my personal observations, my training and experience, and information and evidence obtained from other agents, law enforcement officials and witnesses. All observations I did not personally make were related to me by the individuals who made them, or come from my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5. This investigation came to the attention of the USSS in September 2018 because various local police departments in Washington, D.C., Maryland and Virginia notified the WFO of counterfeit passes and incidents involving the same serial number printed on the counterfeit Federal Reserve Notes (hereinafter "FRNs"). Between September 11 and 17, 2018, the USSS was alerted to 11 separate incidents reported to local police departments involving the serial number "MB22783601E" (hereinafter "SN-1") being printed on counterfeit FRNs passed at local small businesses. During this time, the USSS began compiling and tracking incidents that involved SN-1. Photos, videos, and suspect descriptions forwarded from the stores and/or local police departments from these incidents repeatedly showed one particular black male, with an average

build, short hair, and facial hair. The individual involved in six of the eleven incidents involving SN-1 was subsequently identified by the USSS as Markee Alexander Brown ("Brown"). The individual involved in one of the eleven incidents involving SN-1 was subsequently identified by the USSS as ROBINSON.

6. An NCIC/NLETS search revealed that ROBINSON has previously been arrested for passing counterfeit U.S. Currency on multiple occasions. For example, in July of 2017, Brown was arrested with ROBINSON for passing counterfeit U.S. currency in La Plata, Maryland. Both Brown and ROBINSON received a disposition of guilty in this case and served probation as a result.

7. On October 16, 2018, $500 in counterfeit FRNs were passed at a Lululemon store in Alexandria, Virginia, within the Eastern District of Virginia. The USSS was later notified of this incident and identified the suspect as Brown after reviewing surveillance footage of the transaction turned over to the USSS by Lululemon. The FRNs passed and recovered in this incident, all bearing S/N: LF95399606G (hereinafter "SN-2"), are identical to FRNs recovered at two other locations in Maryland where Brown was identified via video surveillance passing counterfeit currency. These other two incidents occurred on October 5, 2018 and October 8, 2018.

8. AT&T subscriber records, driver's licenses, identification cards, and statements and information provided by Brown and ROBINSON to law enforcement list Brown and ROBINSON's addresses in the same block of Hartford Street SE, Washington, D.C., directly across the street from each other.

9. AT&T call detail records obtained by the USSS for both Brown's phone number and ROBINSON's phone number in January 2019 revealed that Brown and

ROBINSON have continued to keep in constant contact via cell phone communication since at least August 2018.

10. On September 17, 2018, ROBINSON was identified by the USSS, via surveillance footage, passing one counterfeit $100 FRN at an ice cream store in Bethesda, Maryland. The serial number on that counterfeit FRN was SN-1, which Brown also passed at several locations throughout September 2018.

11. Prior to that, on August 31, 2018, ROBINSON was arrested by the Bowie Police Department ("BPD") in Bowie, Maryland after passing counterfeit FRNs. On that date, USSS agents responded to assist the BPD with their investigation. While there, USSS agents were able to conduct a preliminary examination of the recovered suspected counterfeit FRNs. The recovered FRNs were missing several security features present in genuine U.S. currency, therefore, confirming they were counterfeit. While on scene, the USSS agent conducted an in-person interview with ROBINSON and viewed booking and driver's license photos.

12. On or about October 10, 2018, Alexandria Police Department ("APD") notified the WFO of two counterfeit passes at two locations in Alexandria, Virginia. Specifically, on October 10, 2018, ROBINSON entered a Salon 46 store, located in Alexandria, Virginia, within the Eastern District of Virginia, and purchased merchandise with one counterfeit $100 FRN. During this transaction, ROBINSON was tendered genuine U.S. Currency as change. Your affiant's review of surveillance footage of this transaction at Salon 46 identified ROBINSON as the perpetrator. The FRN passed by ROBINSON to Salon 46 was SN-2, which is the same FRN Brown passed in Alexandria, Virginia on October 16, 2018, and in Maryland on October 5 and 8, 2018.

13. Shortly thereafter, on or about October 10, 2018, ROBINSON entered a Lululemon, located in Alexandria, Virginia, within the Eastern District of Virginia, and purchased merchandise

with one counterfeit $100 FRN. During this transaction, ROBINSON was tendered genuine U.S. Currency as change. Your affiant's review of surveillance footage of this transaction at Lululemon identified ROBINSON as the perpetrator. The FRN passed by ROBINSON to Lululemon was SN-2, which is the same FRN Brown passed in Alexandria, Virginia on October 16, 2018, and in Maryland on October 5 and 8, 2018.

14. ROBINSON's October 10, 2018, counterfeit pass at Salon 46 occurred at approximately 3:41 p.m. and his pass at Lululemon occurred at approximately 4:11 p.m. AT&T call detail records show that, between approximately 3:00 pm and 5:00 pm, on the same day, ROBINSON's phone engaged in several communications utilizing a cell tower directly in range of Salon 46 and Lululemon.

15. The USSS has also obtained a large amount of counterfeit FRNs bearing the same identifiers as those linked to ROBINSON from local businesses, banks, and cash carrier companies. These include SN-1 and SN-2, and several others. In most circumstances, when a business is handed counterfeit FRNs during a transaction, the business's employees may not recognize the notes as being counterfeit and, therefore, forward the counterfeit notes on to their bank either directly or via a cash carrier. In these instances, the bank and cash carrier may flag specific notes as being counterfeit and forward them to the USSS for investigation. When this occurs, the business's account may incur a loss equal to the value of the counterfeit removed from their deposit.

16. On January 17, 2018, USSS agents executed federal search warrants at Brown's and ROBINSON's residences. Upon entry into ROBINSON's residence, agents found Brown sleeping on a couch within ROBINSON's residence. Some of the items recovered during the search of ROBINSON's residence included a set of car keys that

5

operate a 2004 Chevrolet Cavalier. Brown identified the keys to agents as belonging to him. Brown signed a "consent to search" form and authorized agents to search his vehicle. During a search of this vehicle, agents photographed two Lululemon bags containing Lululemon clothing in the vehicle.

17. Between 2017 and 2018, there are at least six different serial numbers directly associated with ROBINSON's unlawful counterfeit passes. The dollar amount of these FRNs that banks and cash carriers have forwarded to the USSS where ROBINSON has been identified via video surveillance footage is over $1,500. These notes have been passed to businesses in Washington, D.C, Virginia and Maryland.

## CONCLUSION

18. Based on the information provided in this affidavit, I submit that probable cause exists to believe that ROBINSON did knowingly pass and possess counterfeit obligations or securities of the United States on or about October 10, 2018, among other crimes.

Respectfully submitted,

Russell J. Tonks
Special Agent
United States Secret Service

Subscribed and sworn to before me on January 22, 2018.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa C. Buchanan
United States Magistrate Judge
Eastern District of Virginia